**FILED**

04/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0102

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0102

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MICHAEL CHRISTIAN ECHEVERRIA,

Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME TO FILE TRANSCRIPTS NECESSARY FOR APPEAL

Upon consideration of Appellant's motion for extension of time to file the transcripts necessary for appeal, and good cause appearing,

IT IS HEREBY ORDERED that the court reporter is granted an extension of time to and including May 1, 2024 within which to file the transcripts necessary for appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2024